ISABELLA M. BURTT, ALBERT W. BURTT, and HORATIO H. BURTT, Individually and as Administrator C. T. A., etc., of SAMUEL A. BURTT, Deceased, Appellants, v. AMY B. RILEY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Petition of B. BROWN COGGSHALL and ARCHIE L. COGGSHALL, as Executors, etc., of SARA B. COGGSHALL, Deceased, Respondents, to Compel JOHN J. HARE, as Executor, etc., of ELLEN A. BROWN, Deceased, Appellant, to Account and Render and File an Account of His Proceedings as Executor.— Appeal by the executor of Ellen A. Brown from an order of the Surrogate's Court of Tompkins County, directing him to file an account of his proceedings as executor. The will of decedent was probated on February 10, 1933. The estate remains unsettled. Order unanimously affirmed, with one bill of costs to respondents payable out of the estate. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

JOHN YACHWAK, Respondent, v. ROBERT M. CONLEN, Appellant, GUSTAVE C. BOUCHER and WILLIAM McDONOUGH, Defendants.— Appeal from an order of the Special Term of Supreme Court, Albany county, filed in the Rensselaer county clerk's office on June 5, 1940. The order appealed from denies the motion of the defendant Conlen for a change of place of trial from Rensselaer county to Albany county, and instead changes the place of trial to Saratoga county. The action was originally brought in Rensselaer county, which was not a proper county. The defendant-appellant moved for a change of venue to a proper county, and may insist that the venue be changed to the county selected. The order appealed from should be reversed and the place of trial of this action changed to Albany county. Order reversed, with ten dollars costs and disbursements, and venue changed to Albany county. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.

JOHN BILOZ, Respondent, v. TIOGA COUNTY PATRONS' FIRE RELIEF ASSOCIATION, Appellant.— Appeal from order denying defendant's motion to dismiss plaintiff's complaint and for summary judgment. The affidavits indicate that there is a triable issue. The motion was properly denied. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

AMELIA A. SEE, Administratrix, etc., of HUMPHREY A. SEE, JR., Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— This action is in negligence to recover damages for the death of plaintiff's husband, which occured on April 19, 1940. The answer in addition to a general denial alleges as a defense that the accident occurred and the injuries were sustained while plaintiff's intestate was using a pass containing a provision releasing the defendant from damages because of negligence. Plaintiff moved to strike out the separate defense and the Special Term denied the application. Order unanimously affirmed, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.